IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS GONZALEZ FLORES,<br><br>**Plaintiff(s)**<br><br>v.<br><br>DEPARTMENT OF JUSTICE, <u>et al.</u>,<br><br>**Defendant(s)** | **CIVIL NO**. 04-1801 (JAG) |

**ORDER**

Defendants' motion to quash subpoena (Docket No. 15) is hereby **DENIED.**

Defendant U.S. Parole Commission is hereby ordered to provide plaintiff with the last known residential and work addresses for John Simpson and Timothy Tobin, both U.S. Parole Commission employees at the time of plaintiff's incarceration.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of May 2005.

S/Jay A. Garcia-Gregory<br>JAY A. GARCIA-GREGORY<br>United States District Judge